

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00461-CV

Ronald Dean **STRICKLAND**,
Appellant

v.

**GRANITE PUBLICATIONS, LLC**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-22-00028
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED. Because the motion to dismiss does not indicate the parties agreed otherwise, costs of appeal are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

SIGNED September 7, 2022.

_____
Rebeca C. Martinez, Chief Justice